**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | | |
| Ogden, Charles D., | § | Case No. 6:20-bk-03249-LVV |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard B. Webber II, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $35,600.00 | Assets Exempt: $200.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $10,946.78 | Claims Discharged Without Payment: $525,646.35 |
| Total Expenses of Administration: $14,277.13 | |

3) Total gross receipts of $25,223.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,223.91 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $59,478.00 | $1,458.33 | $1,458.33 | $1,458.33 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,277.13 | $14,277.13 | $14,277.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,034.37 | $14,253.11 | $12,103.11 | $9,488.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $453,029.43 | $132,693.79 | $116,235.46 | $0.00 |
| **TOTAL DISBURSEMENTS** | $516,541.80 | $162,682.36 | $144,074.03 | $25,223.91 |

4) This case was originally filed under chapter 7 on 06/09/2020.  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    07/14/2021

By: /s/ Richard B. Webber

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| East Coast Countertops & Cabinets, 100% ownership | 1129-000 | $15,723.91 |
| 2008 Hummer H3 traded in 90 days prior to petition | 1249-000 | $9,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,223.91** |
| [1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.* | | |

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Harold Anderson | 4210-000 | NA | $1,458.33 | $1,458.33 | $1,458.33 |
| N/F | Santander Consumer USA | 4110-000 | $40,010.00 | NA | NA | NA |
| N/F | Wyndham Vacation | 4110-000 | $19,468.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$59,478.00** | **$1,458.33** | **$1,458.33** | **$1,458.33** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard B. Webber II | 2100-000 | NA | $3,272.39 | $3,272.39 | $3,272.39 |
| Trustee, Expenses - Richard B. Webber II | 2200-000 | NA | $119.90 | $119.90 | $119.90 |
| Attorney for Trustee Fees - Zimmerman, Kiser & Sutcliffe | 3110-000 | NA | $5,247.50 | $5,247.50 | $5,247.50 |
| Attorney for Trustee, Expenses - Zimmerman, Kiser & Sutcliffe | 3120-000 | NA | $7.35 | $7.35 | $7.35 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $108.64 | $108.64 | $108.64 |
| Attorney for Trustee Fees (Other Firm) - Bank of America | 3210-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Accountant for Trustee Fees (Other Firm) - Steven M. Vanderwilt | 3410-000 | NA | $499.50 | $499.50 | $499.50 |
| Accountant for Trustee Expenses (Other Firm) - Steven M. Vanderwilt | 3420-000 | NA | $21.85 | $21.85 | $21.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$14,277.13** | **$14,277.13** | **$14,277.13** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Melissa Frantz | 5600-000 | NA | $2,150.00 | $0.00 | $0.00 |
| 7P | Florida Department of Revenue | 5800-000 | $4,034.37 | $12,103.11 | $12,103.11 | $9,488.45 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$4,034.37** | **$14,253.11** | **$12,103.11** | **$9,488.45** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $10,045.64 | $42,416.78 | $42,416.78 | $0.00 |
| 2 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $2,574.00 | $2,661.81 | $2,661.81 | $0.00 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $470.00 | $518.00 | $518.00 | $0.00 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $414.00 | $414.05 | $414.05 | $0.00 |
| 6 | Colleen O'Connor | 7100-000 | NA | $15,000.00 | $0.00 | $0.00 |
| 7U | Florida Department of Revenue | 7300-000 | NA | $12,103.11 | $12,103.11 | $0.00 |
| 8 | Ford Motor Credit Company LLC C/O | 7100-000 | $10,905.00 | $10,973.96 | $10,973.96 | $0.00 |
| 9 | HAROLD ANDERSON | 7100-000 | NA | $1,458.33 | $0.00 | $0.00 |
| 10 | Premier Bankcard, Llc | 7100-000 | $488.00 | $561.08 | $561.08 | $0.00 |
| 11 | Premier Bankcard, Llc | 7100-000 | NA | $800.11 | $800.11 | $0.00 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | $6,502.00 | $6,679.46 | $6,679.46 | $0.00 |
| 13 | Wayne Furnari | 7100-000 | $2,240.00 | $2,929.40 | $2,929.40 | $0.00 |
| 14 | Nicholas J. Pastis | 7100-000 | $6,000.00 | $7,500.00 | $7,500.00 | $0.00 |
| 15 | Olympus Insurance Company | 7100-000 | $3,979.90 | $28,677.70 | $28,677.70 | $0.00 |
| N/F | 1170 John Anderson, LLC | 7100-000 | $34,140.00 | NA | NA | NA |
| N/F | AR Resources | 7100-000 | $190.47 | NA | NA | NA |

| N/F | Advent Health Med Grp East F | 7100-000 | $428.08 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | AdventHealth Daytona Beach | 7100-000 | $100.00 | NA | NA | NA |
| N/F | AdventHealth Med Gp Rad CF | 7100-000 | $2,972.00 | NA | NA | NA |
| N/F | AdventHealth Med Gp Rad CF | 7100-000 | $96.11 | NA | NA | NA |
| N/F | AdventHealth Med Gp Rad CF | 7100-000 | $15.25 | NA | NA | NA |
| N/F | AdventHealth Med Grp | 7100-000 | $154.81 | NA | NA | NA |
| N/F | AdventHealth New Smyrna | 7100-000 | $421.71 | NA | NA | NA |
| N/F | Amerifinancial Solutio | 7100-000 | $726.00 | NA | NA | NA |
| N/F | BCA Financial Services | 7100-000 | $310.00 | NA | NA | NA |
| N/F | Banc of America Merchant Ser | 7100-000 | $4,350.00 | NA | NA | NA |
| N/F | Brennan & Clark Ltd | 7100-000 | $248.44 | NA | NA | NA |
| N/F | Cathy Levine | 7100-000 | $5,355.70 | NA | NA | NA |
| N/F | Crd Prt Asso | 7100-000 | $387.00 | NA | NA | NA |
| N/F | Credit Collection Services | 7100-000 | $127.46 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $1,496.00 | NA | NA | NA |
| N/F | Creditors Recovery Sys | 7100-000 | $2,831.13 | NA | NA | NA |
| N/F | Dr John C Long | 7100-000 | $508.00 | NA | NA | NA |
| N/F | East Coast Pathology | 7100-000 | $31.84 | NA | NA | NA |
| N/F | Everest Business Funding | 7100-000 | $81,183.36 | NA | NA | NA |
| N/F | First PREMIER Bank | 7100-000 | $761.00 | NA | NA | NA |

| N/F | Ford Motor Credit | 7100-000 | $1,018.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | George A Nour | 7100-000 | $2,046.00 | NA | NA | NA |
| N/F | George A Nour | 7100-000 | $12,596.00 | NA | NA | NA |
| N/F | Gloria D Altavilla | 7100-000 | $13,250.00 | NA | NA | NA |
| N/F | Groelle & Salmon, PA | 7100-000 | $22.53 | NA | NA | NA |
| N/F | Harold and Donna Anderson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Healthcare Partners | 7100-000 | $24.40 | NA | NA | NA |
| N/F | Helen Koslowski | 7100-000 | $45,000.00 | NA | NA | NA |
| N/F | Holloway Credit Soluti | 7100-000 | $412.00 | NA | NA | NA |
| N/F | Horance Smith, Jr, PA | 7100-000 | $3,735.72 | NA | NA | NA |
| N/F | Hughes Credit Department | 7100-000 | $48.94 | NA | NA | NA |
| N/F | Interpace Diagnostics Corp | 7100-000 | $1,675.00 | NA | NA | NA |
| N/F | Jean Mullen | 7100-000 | $15,350.00 | NA | NA | NA |
| N/F | Jim and Rachel Hulkl | 7100-000 | $42,917.00 | NA | NA | NA |
| N/F | Launch Federal Credit Union | 7100-000 | $696.00 | NA | NA | NA |
| N/F | Magdeline Colburn | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Margo and Phil | 7100-000 | $45,000.00 | NA | NA | NA |
| N/F | Melissa Frantz | 7100-000 | $1,075.00 | NA | NA | NA |
| N/F | Merchant One | 7100-000 | $344.50 | NA | NA | NA |
| N/F | Michael and Carla Hursh | 7100-000 | $3,350.00 | NA | NA | NA |
| N/F | Orthopaedic Clinic of Dayton | 7100-000 | $192.12 | NA | NA | NA |

| N/F | Paolo Bilotta - Curava Corp | 7100-000 | $2,396.25 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Paychex, Inc. | 7100-000 | $182.00 | NA | NA | NA |
| N/F | PennCredit Corporation | 7100-000 | $21.07 | NA | NA | NA |
| N/F | Richard I Street | 7100-000 | $43,000.00 | NA | NA | NA |
| N/F | Tim Majors | 7100-000 | $34,140.00 | NA | NA | NA |
| N/F | Transworld Systems, Inc. | 7100-000 | $84.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$453,029.43** | **$132,693.79** | **$116,235.46** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  6:20-bk-03249-LVV

**Case Name:**  Ogden, Charles D.

**For Period Ending:**  07/14/2021

**Trustee Name:**  (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):**  06/09/2020 (f)

**§ 341(a) Meeting Date:**  07/09/2020

**Claims Bar Date:**  10/13/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wyndham Vacation Attn: Bankruptcy PO Box 998940, Reading, PA 19601-0000 | Unknown | 0.00 | | 0.00 | FA |
| 2 | 2019 Ford F 250, 40,000 miles, VIN# 1FT7W2B67KEF51509 | 35,000.00 | 0.00 | | 0.00 | FA |
| 3 | no household items - lives with daughter | 0.00 | 0.00 | | 0.00 | FA |
| 4 | clothes and shoes | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money: none | 500.00 | 0.00 | | 0.00 | FA |
| 6 | East Coast Countertops & Cabinets, 100% ownership | 100.00 | 14,900.00 | | 15,723.91 | FA |
| 7 | 2008 Hummer H3 traded in 90 days prior to petition (u) | 0.00 | 9,500.00 | | 9,500.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$35,700.00** | **$24,400.00** | | **$25,223.91** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:**   6:20-bk-03249-LVV | **Trustee Name:**   (291030) Richard B. Webber II |
| **Case Name:**   Ogden, Charles D. | **Date Filed (f) or Converted (c):**   06/09/2020 (f) |
| | **§ 341(a) Meeting Date:**   07/09/2020 |
| **For Period Ending:**   07/14/2021 | **Claims Bar Date:**   10/13/2020 |

**Major Activities Affecting Case Closing:**

purchased a 2019 Ford F150 on 3/11/20 (case filed 6/9/20) - traded in 2 vehicles - 1 had a lien they rolled into current loan, 2nd vehicle was a 2008 Hummer H3, no lien, given $9,500 credit for it - do buyback
100% owner of East Coast Countertops & Cabinets - BOA holding $15,000+ from garnishment of East Coast in State Court action (debtor filed stay action even though company has not filed bankruptcy) - email to BOA to turnover $15k to estate
7/13/20 - email to atty - $9500 needs turned over - resp on lump sum or 12 mthly payts due 7/20/20
7/28 - DSO info rec'd & ltrs mailed
7/30 - motion for turnover of $9500 filed, obj date up 8/31/20 (DE 10) - no response filed, Judge set for hearing 10/27 @ 11am - con't hearing to 12/1/20
7/30 - motion for turnover of $15,732.91 from BOA filed, obj date up 8/31/20 (DE 11) - response filed (DE 15) - hearing set for 10/27/20 @ 11am - granted 11/5 (DE 28)
10/19 - Claims review complete (claims 6 & 9 no attachments, emailed both provided until 10/30 to amend claims)
11/5 - obj to claims 6 & 9 filed for no docs (DE 29 & 30), obj date up 12/7/20 - granted 12/9 & 12/10 (DE 43 & 44)
11/6 - amd motion for turnover changing from $9500 cash to 2019 Ford F150 VIN 1FT7W2B67KEF51509 filed (DE 32) - hearing 12/1 - granted 12/4 (DE 40)
11/9 - app to employ auctioneer filed (DE 33) & granted (DE 35)
11/9 - notice of auction filed (DE 34), auction to be held 12/13
11/17 - email from atty - debtors son is sending certified check for $9500 to our office
12/3 - $9500 rec'd from debtor
12/3 - funds rec'd from BOA
12/4 - app to employ accountant filed (DE 38) & granted 12/4/20
12/29 - notice of compliance on turnover from Debtor filed (DE 47)
1/14/21 - amd Anderson claim 16 filed to pay from BOA funds
1/15 - ex-parte motion to amend BOA order filed (to pay Anderson claim 16) (DE 48) - granted 1/21 (DE 51)
1/15 - accountant fee app filed (DE 49)
2/19 - notice of compliance filed (DE 56)
2/19 - app to employ ZKS nunc pro tunc to 7/30/20 filed (DE 57) - granted 2/24 (DE 58)
3/1 - ZKS fee app filed (DE 60)
3/1 - ttee fee app filed (DE 61)
3/1 - TFR sent to UST
3/18 - TFR filed w/Court (DE 66)
3/19 - NFR filed, obj date up 4/9 (DE 69)
3/27 - phone call and e-mail from Melissa Frantz verifying she was pd in full on claim 5
4/4 - amd. TFR sent to UST
4/12 - Olymus obj to amd TFR (DE 73) - set for hearing 5/18 @ 11am
5/20 - Judge approved amd. TFR as filed
5/27 - Checks printed
7/14 - TDR sent to UST

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**   12/31/2021 | **Current Projected Date Of Final Report (TFR):**   03/01/2021 (Actual) |

| | |
|---|---|
| _____07/14/2021_____ | /s/Richard B. Webber II |
| Date | Richard B. Webber II |

# Form 2

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| | | | | | |
|---|---|---|---|---|
| **Case No.:** | 6:20-bk-03249-LVV | **Trustee Name:** | Richard B. Webber II (291030) |
| **Case Name:** | Ogden, Charles D. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3072 | **Account #:** | ******3916 Checking |
| **For Period Ending:** | 07/14/2021 | **Blanket Bond (per case limit):** | $22,299,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/20 | {6} | Bank of America, NA | Turnover of BOA funds per doc # 28 filed 11/5/20 | 1129-000 | 15,723.91 | | 15,723.91 |
| 12/03/20 | {7} | Charles D. Ogden | Turnover of cash downpayment on vehicle per doc # 40 filed 12/4/20 | 1249-000 | 9,500.00 | | 25,223.91 |
| 12/17/20 | 501 | Bank of America | Attorney Fees per doc # 28 filed 11/5/20 | 3210-000 | | 5,000.00 | 20,223.91 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.62 | 20,186.29 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.01 | 20,147.28 |
| 02/04/21 | 502 | Harold & Donna Anderson | Payment of secured claim per doc # 51 filed 1/21/21 | 4210-000 | | 1,458.33 | 18,688.95 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.01 | 18,656.94 |
| 05/27/21 | 503 | Richard B. Webber II | Claim # FEE; Acct # 11000-1331 fees | 2100-000 | | 3,272.39 | 15,384.55 |
| 05/27/21 | 504 | Richard B. Webber II | Claim # TE; Acct # 11000-1331 exp: $55.00 cc; $64.90 postage | 2200-000 | | 119.90 | 15,264.65 |
| 05/27/21 | 505 | Steven M. Vanderwilt | Claim # ; Acct # | 3410-000 | | 499.50 | 14,765.15 |
| 05/27/21 | 506 | Steven M. Vanderwilt | Claim # ; Acct # | 3420-000 | | 21.85 | 14,743.30 |
| 05/27/21 | 507 | Zimmerman, Kiser & Sutcliffe | Claim # ; Acct # Bill # 321274 | 3110-000 | | 5,247.50 | 9,495.80 |
| 05/27/21 | 508 | Zimmerman, Kiser & Sutcliffe | Claim # ; Acct # Bill # 321274 | 3120-000 | | 7.35 | 9,488.45 |
| 05/27/21 | 509 | Florida Department of Revenue | Claim # 7P; Acct # 5730 | 5800-000 | | 9,488.45 | 0.00 |

| | | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | | 25,223.91 | 25,223.91 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | **Subtotal** | | 25,223.91 | 25,223.91 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | $25,223.91 | $25,223.91 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | |
|---|---|---|
| **Case No.:** | 6:20-bk-03249-LVV | |
| **Case Name:** | Ogden, Charles D. | |
| **Taxpayer ID #:** | **-***3072 | |
| **For Period Ending:** | 07/14/2021 | |

| | |
|---|---|
| **Trustee Name:** | Richard B. Webber II (291030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3916 Checking |
| **Blanket Bond (per case limit):** | $22,299,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $25,223.91 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,223.91 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3916 Checking | $25,223.91 | $25,223.91 | $0.00 |
| | **$25,223.91** | **$25,223.91** | **$0.00** |

| | |
|---|---|
| 07/14/2021 | /s/Richard B. Webber II |
| Date | Richard B. Webber II |